CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
Fax: (415) 436-6748
sapna.mehta@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| T.P.S., <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> POLLY KAISER, et al., <br><br> Respondents-Defendants | No. 25-cv-05428-NC <br><br> **STIPULATED REQUEST TO MODIFY BRIEFING AND HEARING SCHEDULE; ORDER** |

Petitioner-Plaintiff T.P.S. ("Plaintiff") and Respondents-Defendants Polly Kaiser, Todd Lyons, Kristi Noem, and Pamela Bondi ("Defendants") hereby stipulate as follows:

1. On June 28, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, Dkt. No. 1, and an Ex Parte Motion for Temporary Restraining Order ("TRO"), Dkt. No. 2.

2. On June 30, 2025, the Duty Judge issued an order granting the TRO ex parte, setting hearing on Plaintiff's motion for July 14, 2025, and permitting Defendants to file a response by July 9, 2025. Dkt. No. 4.

3. On June 30, 2025, this matter was assigned to this Court. By Clerk's Notice, the Court set an in-person hearing for July 14, 2025, at 10:00 a.m., and a response deadline of July 9, 2025 at 5:00

1 | p.m.  Dkt. No. 13.

2 |     4.    The parties have met and conferred and have agreed to extend the briefing and hearing schedule.  The parties further agree that the TRO that the Court issued on June 30, 2025, may be extended pending the briefing and hearing of this matter.

    5.    Accordingly, subject to the Court's approval, the parties stipulate to revise the briefing schedule as follows:

    a.    Defendants shall file their response to Plaintiff's motion by July 31, 2025;

    b.    Plaintiff may file a reply by August 14, 2025;

    c.    The Court shall hold an in-person hearing on August 20, 2025, at 11:00 a.m.

    6.    The parties further stipulate that the Court's Order entered on June 30, 2025, shall remain in effect until the earlier of August 20, 2025, at 5:00 p.m., or further Order to the Court.

DATED: July 3, 2025

Respectfully submitted,

CRAIG S. MISSAKIAN
United States Attorney

*/s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney

Attorneys for Respondents-Defendants

DATED: July 3, 2025

VAN DER HOUT LLP

*/s/ Marc Van Der Hout*
MARC VAN DER HOUT

Attorneys for Petitioner-Plaintiff

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Sapna Mehta, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ Sapna Mehta*
SAPNA MEHTA

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The briefing schedule on Plaintiff's motion is revised as follows: Defendants shall file their response to Plaintiff's motion by July 31, 2025. Plaintiff may file a reply by August 14, 2025. The Court shall hold an in-person hearing on **Wednesday, August 20, 2025, at 11:00 a.m**.

The Court's Order entered on June 30, 2025, shall remain in effect until August 20, 2025, at 5:00 p.m., or further Order of the Court.

DATED:  July 7, 2025



_____
NATHANAEL COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins