Marc Van Der Hout (California Bar #80778)
Johnny Sinodis (CA Bar #290402)
Oona Cahill (CA Bar #354525)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

Attorneys for Petitioner-Plaintiff
T.P.S.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| T.P.S., <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> Polly KAISER, et al; <br><br> Respondents-Defendants. | Case No. 25-cv-05428-NC <br><br> **STIPULATED REQUEST TO MODIFY BRIEFING AND HEARING SCHEDULE AND ORDER** |

1   Petitioner-Plaintiff and Respondents-Defendants (collectively referred to as the "Parties")
2 hereby stipulate and jointly request the following modification to the briefing and hearing
3 schedule for good cause.
4   The parties have previously submitted a stipulation to the Court regarding modifications
5 to the briefing and hearing schedule in this matter that was granted. ECF Nos. 14, 15. Currently,
6 Defendants' response to Plaintiff's motion is due by July 31, 2025, and Plaintiff's reply is due by
7 August 14, 2025. ECF No. 15. An in-person hearing is scheduled for August 20, 2025, at 11:00
8 a.m. *Id*.
9   The parties have met and conferred and have agreed to extend the briefing and hearing
10 schedule in an attempt to reach a resolution of this matter short of full litigation. The parties
11 further agree that the TRO that the Court issued on June 30, 2025, may be extended pending the
12 briefing and hearing of this matter.
13   Accordingly, subject to the Court's approval, the Parties stipulate to revise the briefing
14 and hearing schedule as follows:
15   - Defendants shall file their response to Plaintiff's motion by October 16, 2025
16   - Plaintiff may file any reply by October 31, 2025
17   - The Court shall hold an in-person hearing on November 5, 2025, at 11:00 a.m.
18    The Parties further stipulate that the Court's Order entered on June 30, 2025, shall remain
19 in effect until November 5, 2025, at 11:00 a.m. or until further order of the Court.

Dated: July 28, 2025                    Respectfully Submitted,

/s/ Johnny Sinodis
Marc Van Der Hout
CA SBN 80778
Johnny Sinodis
CA SBN 290402
Oona Cahill
CA SBN 323525
VAN DER HOUT LLP
360 Post St., Suite 800
San Francisco, CA 94104
T: (415) 981-3000
F: (415) 981-3003
ndca@vblaw.com

ATTORNEYS FOR PETITIONER

JOINT STIPULATION – 1
CASE NO. 5:25-cv-05428-NC

| | |
|---|---|
| 1 | |
| 2 | CRAIG H. MISSAKAIN<br>United States Attorney |
| 3 | /s/ Sapna Mehta |
| 4 | Assistant United States Attorney |
| 5 | ATTORNEY FOR RESPONDENTS |
| 6 | *Pursuant to Civ. L.R. 5-1(i)(3) the filer of this document has obtained the approval of these signatories. |
| 7 | |
| 8 | |
| ... | |
| 28 | |

JOINT STIPULATION – 2
CASE NO. 5:25-cv-05428-NC

***MODIFIED* ORDER**

Having reviewed the Parties' joint stipulation and upon good cause showing IT IS HEREBY ORDERED that Defendants' opposition to Plaintiff's motion for a preliminary injunction is due on October 16, 2025, Plaintiff's reply is due on October 31, 2025, and an in-person hearing on Plaintiff's motion will be conducted on Wednesday, **November 12, 2025**, at 11:00 a.m. IT IS FURTHER ORDERED that the temporary restraining order issued on June 30, 2025, will remain in effect until November 12, 2025, at 11:00 a.m. or further Order of the Court.



Honorable NATHANAEL COUSINS
United States Magistrate Judge