1   CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
2
    PAMELA T. JOHANN (CABN 145558)
3   Chief, Civil Division

4   SAPNA MEHTA (CABN 288238)

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7478
        Fax: (415) 436-6748
7       sapna.mehta@usdoj.gov

8   Attorneys for Federal Respondents

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12
    T.P.S.,                              )   No. 25-cv-05428-NC
13                                       )
            Petitioner-Plaintiff,        )   **ORDER GRANTING STIPULATION TO**
14                                       )   **EXTEND TIME TO RESPOND TO**
         v.                              )   **PETITION FOR WRIT OF HABEAS CORPUS**
15                                       )   **AND COMPLAINT FOR DECLARATORY**
    POLLY KAISER, et al.,                )   **AND INJUNCTIVE RELIEF**
16                                       )
            Respondents-Defendants       )
17  _____ )

18

19          Petitioner-Plaintiff T.P.S. ("Plaintiff") and Respondents-Defendants Polly Kaiser, Todd Lyons,

20  Kristi Noem, and Pamela Bondi ("Defendants") hereby stipulate as follows:

21          1.      On June 28, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and Complaint

22  for Declaratory and Injunctive Relief ("Petition"), Dkt. No. 1, and an Ex Parte Motion for Temporary

23  Restraining Order ("TRO"), Dkt. No. 2.

24          2.      On June 30, 2025, the Duty Judge issued an order granting the TRO ex parte and setting a

25  briefing and hearing schedule on Plaintiff's request for a preliminary injunction.  Dkt. No. 4.

26          3.      The parties twice stipulated to extend the briefing and hearing schedule, which the Court

27  approved.  Dkt. Nos. 15, 20.  Defendants' opposition to Plaintiff's motion for a preliminary injunction is

28  currently due on October 16, 2025, Plaintiff's reply is due on October 31, 2025, and an in-person

hearing is scheduled for November 12, 2025.  Dkt. No. 20.

4.      Defendants anticipate that the Court's ruling on the pending request for a preliminary injunction may inform its response to Plaintiff's pleading.  Defendants thus believe that extending the time to respond to the Petition until after the Court has issued its decision on Plaintiff's request for a preliminary injunction would promote efficiency and preserve the parties' and the Court's resources.

5.      Defendants thus requested, and Plaintiff agreed to, an extension of the deadline for Defendants to file their response to Plaintiff's Petition until 30 days following the Court's order on Plaintiff's request for a preliminary injunction.

6.      This stipulation will not alter the date of any event or any deadline already fixed by the Court.

THEREFORE, IT IS HEREBY STIPULATED that Defendants' deadline to file their response to Plaintiff's Petition is extended until 30 days following the Court's order on Plaintiffs' request for a preliminary injunction.

**IT IS SO STIPULATED.**

DATED: August 28, 2025                          Respectfully submitted,

                                                CRAIG S. MISSAKIAN
                                                United States Attorney

                                                */s/ Sapna Mehta*
                                                SAPNA MEHTA
                                                Assistant United States Attorney

                                                Attorneys for Respondents-
                                                Defendants

DATED: August 28, 2025                          VAN DER HOUT LLP

                                                */s/ Johnny Sinodis*
                                                JOHNNY SINODIS

                                                Attorneys for Petitioner-Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Sapna Mehta, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ Sapna Mehta*
SAPNA MEHTA

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Defendants' deadline to file their response to Plaintiff's Petition is extended until 30 days following the Court's order on Plaintiff's request for a preliminary injunction.

DATED:    September 19, 2025



_____
NATHA...
United Sta...

GRANTED

Judge Nathanael M. Cousins