CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant U.S. Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| T.P.S., <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> SERGIO ALBARRAN,[1] et al., <br><br> Respondents-Defendants | No. 25-cv-05428-NC <br><br> *AMENDED* **STIPULATED REQUEST TO MODIFY BRIEFING AND HEARING SCHEDULE AND ORDER** |

Petitioner-Plaintiff T.P.S. ("Petitioner") and Respondents-Defendants Sergio Albarran, Todd Lyons, Kristi Noem, and Pamela Bondi ("Respondents") hereby stipulate as follows:

1. On June 28, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition"), Dkt. No. 1, and an Ex Parte Motion for Temporary Restraining Order ("TRO"), Dkt. No. 2.

2. On June 30, 2025, the Duty Judge issued an order granting the TRO ex parte and setting a briefing and hearing schedule on Plaintiff's request for a preliminary injunction. Dkt. No. 4.

3. The parties twice stipulated to extend the briefing and hearing schedule, which the Court

---

[1] Sergio Albarran is automatically substituted as a respondent in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

STIP TO EXTEND TIME TO RESPOND TO PETITION
25-cv-05428- NC                                                                 1

1  approved. Dkt. Nos. 15, 20. Defendants' opposition to Plaintiff's motion for a preliminary injunction is
2  currently due October 16, 2025, Plaintiff's reply is due on October 31, 2025, and an in-person hearing is
3  scheduled for November 12, 2025. Dkt. No. 20.

4      4. The parties have met and conferred and have agreed to extend the briefing and hearing
5  schedule in an attempt to reach a resolution of this matter short of full litigation. The parties further
6  agree that the TRO that the Court issued on June 30, 2025, may be extended pending the briefing and
7  hearing of this matter.

8      5. Accordingly, subject to the Court's approval, the Parties stipulate to revise the briefing
9  and hearing schedule as follows:

10        a. Defendants shall file their response to Plaintiff's motion by November
11           13, 2025;
12        b. Plaintiff may file any reply by November 26, 2025;
13        c. The Court shall hold an in-person hearing on December 10, 2025.

14     6. This stipulation will not alter the date of any event or any deadline already fixed by the
15 Court.

16 **IT IS SO STIPULATED.**

17 DATED: October 16, 2025                    Respectfully submitted,

18                                                     CRAIG S. MISSAKIAN
                                                    United States Attorney
19
20                                                     */s/ Pamela T. Johann*
                                                    PAMELA T. JOHANN
21                                                     Assistant United States Attorney
22                                                     Attorneys for Respondents

23 DATED: October 16, 2025                    VAN DER HOUT LLP

24                                                     */s/ Johnny Sinodis*
                                                    JOHNNY SINODIS
25
                                                    Attorneys for Petitioner
26
27
28

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Pamela T. Johann, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

                                                */s/ Pamela T. Johann*
                                                PAMELA T. JOHANN

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Respondents' opposition to Petitioner's motion for preliminary injunction shall be filed by November 13, 2025, Plaintiff's reply shall be filed by November 26, 2025, and an in-person hearing on Plaintiff's motion will be conducted on Wednesday December 17, 2025, at 11:00 a.m. IT IS FURTHER ORDERED that the temporary restraining order issued on June 30, 2025, will remain in effect until December 17, 2025, at 11:00 a.m. or further Order of the Court.

DATED: October 17, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins