1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Assistant U.S. Attorney
3  Chief, Civil Division

4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-7200
       Fax: (415) 436-6748
6      pamela.johann@usdoj.gov

7  Attorneys for Federal Respondents

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12

13  T.P.S.,                              ) No. 25-cv-05428-NC
                                         )
14          Petitioner-Plaintiff,        ) **STIPULATION AND ORDER TRANSFERRING**
                                         ) **CASE TO THE EASTERN DISTRICT OF**
15     v.                                ) **CALIFORNIA AND EXTENDING TIME TO**
                                         ) **RESPOND TO MOTION FOR PRELIMINARY**
16  SERGIO ALBARRAN, et al.,             ) **INJUNCTION**
                                         )
17          Respondents-Defendants       )
                                         )
18

19      Petitioner-Plaintiff T.P.S. ("Petitioner") and Respondents-Defendants Sergio Albarran, Todd

20  Lyons, Kristi Noem, and Pamela Bondi ("Respondents") hereby stipulate as follows:

21      1.     On June 28, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and Complaint

22  for Declaratory and Injunctive Relief ("Petition"), Dkt. No. 1, and an Ex Parte Motion for Temporary

23  Restraining Order ("TRO"), Dkt. No. 2.

24      2.     On June 30, 2025, the Duty Judge issued an order granting the TRO ex parte and setting a

25  briefing and hearing schedule on Petitioner's request for a preliminary injunction.  Dkt. No. 4.

26      3.     The parties stipulated to extend the briefing and hearing schedule on Petitioner's motion,

27  which the Court approved.  Dkt. Nos. 15, 20, 26.  Respondents' opposition to Petitioner's motion for a

28  preliminary injunction is currently due November 13, 2025, Petitioner's reply is due on November 26,

STIPULATION TO TRANSFER AND TO REVISE BRIEFING SCHEDULE
25-cv-05428- NC                                        1

1  2025, and an in-person hearing is scheduled for December 17, 2025.  Dkt. No. 26.  The temporary
2  restraining order issued on June 30, 2025, remains in effect until December 17, 2025, at 11:00 a.m., or
3  further order of the Court.

4      4.      Petitioner is not currently detained. He is subject to an Order of Release that requires him
5  to report periodically to the Immigration and Customs Enforcement office in Sacramento, California.
6  The parties have met and conferred and have agreed that the appropriate jurisdiction for this action is the
7  Eastern District of California, and that, in the interest of justice, the case should be transferred to that
8  district.  Accordingly, the parties stipulate that this case be transferred to the Eastern District of
9  California

10      5.      The parties further agree to revise the briefing schedule as follows:
11          a.      Respondents shall file their response to Petitioner's motion by November
12                26, 2025;
13          b.      Petitioner may file any reply by December 9, 2025;
14          c.      The transferee court shall hold an in-person hearing on December 17,
15                2025, or at such time and date as may be set by the court.
16      6.      Except as set forth herein, this stipulation will not alter the date of any event or any
17  deadline already fixed by the Court.

18      **IT IS SO STIPULATED.**

19  DATED: November 13, 2025          Respectfully submitted,

CRAIG S. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondents

DATED: November 13, 2025          VAN DER HOUT LLP

*/s/ Johnny Sinodis*
JOHNNY SINODIS

Attorneys for Petitioner

STIPULATION TO TRANSFER AND TO REVISE BRIEFING SCHEDULE
25-cv-05428- NC          2

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Pamela T. Johann, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ Pamela T. Johann*
PAMELA T. JOHANN

**ORDER**

Pursuant to stipulation, and in the interest of justice, the Court ORDERS that this matter be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of Court is directed to transfer the file.

The Court further orders that Respondents' opposition to Petitioner's motion for preliminary injunction shall be filed by November 26, 2025, and Petitioner's reply shall be filed by December 9, 2025. IT IS FURTHER ORDERED that the hearing on this matter shall be set for December 17, 2025, or such other time and date as shall be set by the transferee court. The temporary restraining order issued on June 30, 2025, remains in effect until December 17, 2025, at 11:00 a.m., or further order of the transferee court.

DATED:  November 13, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

[Stamp: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]